1  PATRICK T. CONNOR, Esq., Bar No. 89136
   Email Address: pconnor@deconsel.com
2  YAN GERSHFELD, Esq., Bar No. 251375
   Email Address: ygershfeld@deconsel.com          E-Filed: **2/9/09  – JS-6**
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6  mgifford@deconsel.com

7  Attorneys for Plaintiffs, Carpenters Southwest
   Administrative Corporation and Board of Trustees
8  For the Carpenters Southwest Trusts

                 UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br>Plaintiffs,<br><br>v.<br><br>CAL-PACIFIC CONSTRUCTION COMPANY, INC., a California corporation; MARYAM MAZI, an individual; YOUSEF YOUSEFPOUR, an individual; SURETY COMPANY OF THE PACIFIC, a California corporation, and DOES through 10 inclusive,<br><br>Defendants. | CASE NO. CV 07-6547 GHK (AGRx)<br><br><br>[~~PROPOSED~~] JUDGMENT |

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs,

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

("PLAINTIFFS"), shall have judgment against defendants, CAL-PACIFIC

1  CONSTRUCTION COMPANY, INC., a California corporation, YOUSEF
2  YOUSEFPOUR, an individual and MARYAM MAZI, an individual,
3  ("PLAINTIFFS") as follows:

4      For an order compelling submission to an audit (the "Audit") by
5  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION to
6  determine the amount of contributions owed to PLAINTIFFS, if any, for work
7  performed by DEFENDANTS for the time period November 1, 2005 and June 30,
8  2008.

9      For an order compelling DEFENDANTS, within 30 business days of being
10 notified of the Audit findings, to notify TRUST FUND ADMINISTRATIVE
11 SERVICES, ("TFAS") of any disputed amounts.  DEFENDANTS and TFAS shall
12 attempt to resolve the disputed amounts.

13     For an order compelling DEFENDANTS, within 60 days of being notified
14 of the Audit findings, to pay the undisputed amounts of such Audit to be due and
15 owing to the Carpenters Southwest Trusts (the "Trusts"). If there is a balance due
16 to DEFENDANTS following the completion of the Audit, DEFENDANTS will be
17 reimbursed the balance due within 30 days of completion of the audit.

18     For an order compelling DEFENDANTS to provide, for the purposes of
19 conducting the Audit, DEFENDANTS' cancelled checks available to them for the
20 Audit period, DEFENDANTS' check register (used by DEFENDANTS to record
21 all check disbursements, check recipients' names, dollar amounts, and dates of
22 payment), unredacted bank statements that show payroll payments made by
23 DEFENDANTS where cancelled checks are unavailable, and a copy of
24 DEFENDANTS' "payroll spreadsheet" maintained by DEFENDANTS in order to
25 reflect payroll disbursements.

26     For an order compelling DEFENDANTS to provide all cancelled checks for
27 all such discrepancies found in the check register, including but not limited to
28 missing or out of sequence entries in DEFENDANTS' check register, where

1  needed and requested by TFAS field auditors, to be provided to TFAS within 30
2  business days of such request.
3
4  DATE:    2/6/09                    _____
                                       THE HONORABLE GEORGE H. KING
5                                      UNITED STATE DISTRICT JUDGE
6
7  Presented by,
8  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
9
10 By:    /s/ Yan Gershfeld
          YAN GERSHFELD
11        Attorney for Plaintiffs, Carpenters
          Southwest Administrative Corporation
12        and Board of Trustees

3